IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GAIL CRAWFORD<br>　　　　　　Debtor,<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES<br>　　　　　　Objecting Party,<br>　v.<br><br>GAIL CRAWFORD, and<br>WILLIAM C. MILLER, Esq. Ch. 13 Trustee,<br><br>　　　　　　Respondents | Bankruptcy No. 17-15934-elf<br><br>Chapter 13<br><br>Related to Doc. No. 16 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED SEPTEMBER 18, 2017

TO THE CLERK OF COURTS:

　　Kindly withdraw the Objection to Confirmation of Chapter 13 Plan Dated September 18, 2017 filed on behalf of The Bank of New York Mellon trust Company, N.A. on November 16, 2017 at Document No. 16.

　　　　　　　　　　　　　　　　　　　　By: /s/ Lara S. Martin
　　　　　　　　　　　　　　　　　　　　Lara Shipkovitz Martin, Esq.
　　　　　　　　　　　　　　　　　　　　PA I.D. # 307272
　　　　　　　　　　　　　　　　　　　　lmartin@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone - (412) 456-8102
　　　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135

Dated: April 9, 2018　　　　　　　　　　　　　Counsel for The Bank of New York Mellon Trust Company