# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GAIL CRAWFORD | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 17-15934 |
| | : | |
| | : | |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Debtor's Motion to Determine Value on April 30, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

I respectfully request that the Court enter the attached Order.

Dated: June 5, 2018

/s/ Michelle Lee

Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq., P.C.
119 S. Easton Rd.
Glenside, PA 19038

{00318686;v1}