IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GAIL CRAWFORD | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 17-15934 |
| v. | : | |
| ONEMAIN FINANCIAL GROUP, LLC. | : | |
| AS SERVICER FOR WELLS FARGO BANK, N.A. | : | |
| AS ISSUER LOAN TRUSTEE FOR ONEMAIN | : | |
| FINANCIAL ISSUANCE TRUST 2015-3 | : | |

## ORDER

And Now this **6th day of June 2018**, upon consideration of Debtor Gail Crawford's Motion to Determine Value, and after notice and hearing, if any, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.

2. The value of the property securing the claim of Onemain Financial Group, LLC as Servicer for Wells Fargo Bank, N.A. as Issuer Loan Trustee for Onemain Financial Issuance Trust 2015-3 ("Onemain"). is **$1,000.00**.

3. Onemain's claim is **ALLOWED** as a secured claim of **$1,000.00** and a general unsecured claim of **$1,614.97**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**