United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15934-elf
Gail Crawford                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Linda              Page 1 of 2              Date Rcvd: Jun 06, 2018
                        Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
```
db           +Gail Crawford,   6145 N. 6th Street,    Philadelphia, PA 19120-1320
cr           +Santander Consumer USA,    PO BOX 961245,    Fort Worth, TX 76161-0244
cr           +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487,    UNITED STATES 33487-2853
cr           +The Bank of New York Mellon Trust Company,    Robertson, Anschutz, Shcneid P.L.,
               6409 Congress Ave,   Suite 100,    Boca Raton, FL 33487-2853
13977293     +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13977295    #+Fay Servicing Llc,    939 W North Ave,    Chicago, IL 60642-8029
13977296     +Fed Loan Serv,   Po Box 60610,    Harrisburg, PA 17106-0610
13977298     +PGW,   800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
13977299      Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 597,
               Baltimore, MD 21203-0597
14039301      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13988549     +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13977301     +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14045415     +The Bank of New York Mellon Trust Company, N.A.,    c/o Fay Servicing, LLC,
               3000 Kellway Dr., Suite 150,    Carrollton, TX 75006-3357
14017231      U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
               Harrisburg, PA   17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:34     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:17:04
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2018 02:17:17     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14041593      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:46
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14043048     +E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:34
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13977292     +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 07 2018 02:17:36
               Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
14037614     +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 07 2018 02:17:36
               Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13977294     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2018 02:17:43
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13995502      E-mail/PDF: cbp@onemainfinancial.com Jun 07 2018 02:25:12     ONEMAIN,   P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
13977297     +E-mail/PDF: cbp@onemainfinancial.com Jun 07 2018 02:24:56     Onemain,   Po Box 1010,
               Evansville, IN 47706-1010
13977300     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:45
               Resurgent Capital Services,    Po Box 10497,    Greenville, SC 29603-0497
13977302     +E-mail/Text: bankruptcy@sw-credit.com Jun 07 2018 02:17:07     Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
14018502      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2018 02:24:44     Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13977303     +E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:34     Water Revenue Bureau,
               1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2                  User: Linda                    Page 2 of 2                    Date Rcvd: Jun 06, 2018
                                      Form ID: pdf900                Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              GEORGETTE    MILLER    on behalf of Debtor Gail  Crawford info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
               et.al. bkgroup@kmllawgroup.com
              LARA SHIPKOVITZ MARTIN    on behalf of Creditor   The Bank of New York Mellon Trust Company
               lmartin@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
               et.al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GAIL CRAWFORD | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.: 17-15934 |
| v. | : | |
| ONEMAIN FINANCIAL GROUP, LLC. | : | |
| AS SERVICER FOR WELLS FARGO BANK, N.A. | : | |
| AS ISSUER LOAN TRUSTEE FOR ONEMAIN | : | |
| FINANCIAL ISSUANCE TRUST 2015-3 | : | |

# ORDER

And Now this **6th day of June 2018**, upon consideration of Debtor Gail Crawford's Motion to Determine Value, and after notice and hearing, if any, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.

2. The value of the property securing the claim of Onemain Financial Group, LLC as Servicer for Wells Fargo Bank, N.A. as Issuer Loan Trustee for Onemain Financial Issuance Trust 2015-3 ("Onemain"). is **$1,000.00**.

3. Onemain's claim is **ALLOWED** as a secured claim of **$1,000.00** and a general unsecured claim of **$1,614.97**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**