United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gail Crawford  
    Debtor

Case No. 17-15934-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Linda     Page 1 of 2     Date Rcvd: Jun 06, 2018  
                            Form ID: pdf900     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.

```
db              +Gail Crawford,   6145 N. 6th Street,   Philadelphia, PA 19120-1320
cr              +Santander Consumer USA,   PO BOX 961245,   Fort Worth, TX 76161-0244
cr              +THE BANK OF NEW YORK MELLON,   Robertson Anschutz & Schneid, P.L.,
                  6409 Congress Ave, Suite 100,   Boca Raton, Fl 33487,   UNITED STATES 33487-2853
cr              +The Bank of New York Mellon Trust Company,   Robertson, Anschutz, Shcneid P.L.,
                  6409 Congress Ave,   Suite 100,   Boca Raton, FL 33487-2853
13977293        +Convergent Outsoucing, Inc,   Po Box 9004,   Renton, WA 98057-9004
13977295       #+Fay Servicing Llc,   939 W North Ave,   Chicago, IL 60642-8029
13977296        +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
13977298        +PGW,   800 W. Montgomery Ave,   Philadelphia, PA 19122-2806
13977299         Philadelphia Parking Authority,   Red Light Camera Program,   P.O. Box 597,
                  Baltimore, MD 21203-0597
14039301         Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
13988549        +SANTANDER CONSUMER USA, INC.,   P.O. BOX 560284,   DALLAS, TX 75356-0284
13977301        +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14045415        +The Bank of New York Mellon Trust Company, N.A.,   c/o Fay Servicing, LLC,
                  3000 Kellway Dr., Suite 150,   Carrollton, TX 75006-3357
14017231         U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
                  Harrisburg, PA   17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:26   City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA   19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:16:58
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2018 02:17:17   U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14041593         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:25:01
                  Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                  Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
14043048        +E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:26
                  CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,   BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13977292        +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 07 2018 02:17:36
                  Citadel Federal Cred U,   Po Box 147,   Thorndale, PA 19372-0147
14037614        +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 07 2018 02:17:36
                  Citadel Federal Credit Union,   520 Eagleview Blvd,   Exton, PA 19341-1119
13977294        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2018 02:17:43
                  Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
13995502         E-mail/PDF: cbp@onemainfinancial.com Jun 07 2018 02:24:56   ONEMAIN,   P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
13977297        +E-mail/PDF: cbp@onemainfinancial.com Jun 07 2018 02:25:12   Onemain,   Po Box 1010,
                  Evansville, IN 47706-1010
13977300        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:45
                  Resurgent Capital Services,   Po Box 10497,   Greenville, SC 29603-0497
13977302        +E-mail/Text: bankruptcy@sw-credit.com Jun 07 2018 02:17:07   Southwest Credit Systems,
                  4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
14018502         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2018 02:25:00   Verizon,
                  by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK   73124-8838
13977303        +E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:26   Water Revenue Bureau,
                  1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2          User: Linda                Page 2 of 2                  Date Rcvd: Jun 06, 2018
                              Form ID: pdf900            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Gail  Crawford info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
               et.al. bkgroup@kmllawgroup.com
              LARA SHIPKOVITZ MARTIN    on behalf of Creditor   The Bank of New York Mellon Trust Company
               lmartin@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
               et.al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gail Crawford<br>Debtor | CHAPTER 13 |
| The Bank of New York Mellon Trust Company, N.A., not in its individual capacity, but solely as Trustee of the NRZ Pass-Through Trust EBO I for the benefit of the Holders of the Series 2017-1 Certificates<br>Movant<br>vs.<br>Gail Crawford<br>Debtor<br>William C. Miller Esq.<br>Trustee | NO. 17-15934 ELF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is $7,814.95, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | September 1, 2017 to May 1, 2018 at $776.55/month |
| Fees & Costs Relating to Motion: | $826.00 |
| Total Post-Petition Arrears | $7,814.95 |

2. The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall make a down payment in the amount of $2,500.00.

b). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of $5,314.95.

c). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $5,314.95 along with the pre-petition arrears;

d). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due June 1, 2018 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $776.55 (or as adjusted

pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: May 14, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: 5/14/18

Georgette Miller, Esquire
Attorney for Debtor

Date: _____

William C. Miller
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights or remedies.

**ORDER**

Approved by the Court this 6th day of June, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank

Case 17-15934-elf    Doc 55    Filed 06/08/18    Entered 06/09/18 00:58:36    Desc Imaged
Certificate of Notice    Page 5 of 5