United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-15934-elf
Gail Crawford                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 2         Date Rcvd: Sep 26, 2018
                            Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db          +Gail Crawford,   6145 N. 6th Street,    Philadelphia, PA 19120-1320
cr          +Santander Consumer USA,    PO BOX 961245,    Fort Worth, TX 76161-0244
cr          +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487,    UNITED STATES 33487-2853
cr          +The Bank of New York Mellon Trust Company,    Robertson, Anschutz, Shcneid P.L.,
              6409 Congress Ave,    Suite 100,   Boca Raton, FL 33487-2853
13977293    +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13977296    +Fed Loan Serv,   Po Box 60610,    Harrisburg, PA 17106-0610
13977298    +PGW,   800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
13977299     Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 597,
              Baltimore, MD 21203-0597
14039301     Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13988549    +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13977301    +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14045415    +The Bank of New York Mellon Trust Company, N.A.,    c/o Fay Servicing, LLC,
              3000 Kellway Dr., Suite 150,    Carrollton, TX 75006-3357
14017231     U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
              Harrisburg, PA   17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:18     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 02:29:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2018 02:30:10     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14041593     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 02:37:32
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14043048    +E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:18
              CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13977292    +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 27 2018 02:30:24
              Citadel Federal Cred U,    Po Box 147,   Thorndale, PA 19372-0147
14037614    +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 27 2018 02:30:24
              Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13977294    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 27 2018 02:30:28
              Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
13995502     E-mail/PDF: cbp@onemainfinancial.com Sep 27 2018 02:37:17     ONEMAIN,   P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
13977297    +E-mail/PDF: cbp@onemainfinancial.com Sep 27 2018 02:37:27     Onemain,   Po Box 1010,
              Evansville, IN 47706-1010
13977300    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 02:37:05
              Resurgent Capital Services,    Po Box 10497,    Greenville, SC 29603-0497
13977302    +E-mail/Text: bankruptcy@sw-credit.com Sep 27 2018 02:30:03     Southwest Credit Systems,
              4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
14018502     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2018 02:37:17     Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
13977303    +E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:18     Water Revenue Bureau,
              1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13977295    ##+Fay Servicing Llc,    939 W North Ave,   Chicago, IL 60642-8029
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Gail  Crawford info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
               et.al. bkgroup@kmllawgroup.com
              LARA SHIPKOVITZ MARTIN    on behalf of Creditor    The Bank of New York Mellon Trust Company
               lmartin@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.,
               et.al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    GAIL CRAWFORD, | : | |
|           Debtor(s) | : | Bky. No.  17-15934 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  September 26, 2018**

                                                                       **ERIC L. FRANK**
                                                                       **U.S. BANKRUPTCY JUDGE**