**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Gail Crawford             :        CHAPTER 13
                                  :
                                  :
           DEBTOR(S)               :        CASE NO.:  17-15934

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>September 26, 2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated:  October 16, 2018                    <u>/s/ Georgette Miller</u>
                                            Georgette Miller

                                            Law Offices of Georgette Miller Esq., P.C
                                            335 Evesham Avenue
                                            Lawnside, NJ 08045
                                            856-323-1100
                                            Bar I.D. 86358
                                            Attorney for Debtor

{00327043;v1}